JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
3467 W. Shaw Ave., Ste 100
Fresno, CA  93711
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dillan Lucus Keeney,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Frank Bisignano, COMMISIONER OF SOCIAL SECURITY[1],<br><br>　　　　Defendant. | Case No. 1:25-cv-00467-JLT-GSA<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

　　　Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from  August 1, 2025 to September 30, 2025, for Plaintiff to serve on defendant with PLAINTIFF'S

---

[1] Frank Bisignano became the Commissioner of Social Security on May 7, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano should be substituted for Leland Dudek as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1

MOTION FOR SUMMARY JUDGEMENT. All other dates in the Court's Scheduling Order shall be extended accordingly.

     This is Plaintiff's first request for an extension of time. Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. For the weeks of July 28, 2025 and August 4, 2025, Plaintiff's Counsel has fourteen merit briefs due and eight reply briefs due. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

                      Respectfully submitted,

Dated: July 25, 2025        PENA & BROMBERG, ATTORNEYS AT LAW

                      By: */s/ Jonathan Omar Pena*
                          JONATHAN OMAR PENA
                          Attorneys for Plaintiff

Dated: July 25, 2025        MICHELE BECKWITH
                          Acting United States Attorney
                          MATHEW W. PILE
                          Associate General Counsel
                          Office of Program Litigation
                          Social Security Administration

                      By: *\*/s/ Franco L. Becia*
                          Franco L. Becia
                          Special Assistant United States Attorney
                          Attorneys for Defendant
                          (\*As authorized by email on July 25, 2025)

**ORDER**

Pursuant to stipulation,

IT IS SO ORDERED.

Dated: __July 25, 2025__                     __/s/ Gary S. Austin__
                                                                                   UNITED STATES MAGISTRATE JUDGE