UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dillan Lucus Keeney, | No.  1:25-cv-00467-JLT-GSA |
| Plaintiff, | ORDER GRANTING MSJ EXTENSION |
| v. | |
| Commissioner Of Social Security, | |
| Defendants. | |

   As stipulated, Plaintiff's MSJ deadline is extended from September 30, 2025 to October 3, 2025.


IT IS SO ORDERED.

   Dated:   **September 7, 2025**           **/s/ Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE

1