UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dillan Lucas Keeney,<br><br>             Plaintiff,<br><br>       v.<br><br>Commissioner of Social Security,<br><br>             Defendants. | No. 1:25-cv-00467-JLT-GSA<br><br>**ORDER EXTENDING DEFENDAN'S RESPONSE BRIEF DEADLINE** |

As stipulated (ECF No. 19), Defendant's response brief deadline is extended from November 3, 2025 to December 3, 2025.

IT IS SO ORDERED.

Dated:   **October 24, 2025**          **/s/ Gary S. Austin**
                                                              UNITED STATES MAGISTRATE JUDGE

1