**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DILLAN LUCAS KEENEY,<br><br>           Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>           Defendant. | Case No. 1:25-cv-00467-JLT-GSA<br><br>ORDER ADOPTING THE FINDINGS AND RECOMMENDATIONS; DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; GRANTING DEFENDANT'S REQUEST TO AFFIRM; AND DIRECTING ENTRY OF JUDGMENT IN FAVOR OF DEFENDANT AGAINST PLAINTIFF<br><br>(Docs. 17, 21, 22) |

Dillan Lucas Keeney seeks judicial review of a final decision denying her applications for benefits under the Social Security Act. (*See* Docs. 1, 17.) Plaintiff contends that: 1) The ALJ's RFC determination is unsupported by substantial evidence as she failed to properly evaluate the medical opinions of record in accordance with the prevailing rules and regulations; and 2) The ALJ failed to include work-related limitations in the RFC consistent with the nature and intensity of Plaintiff's limitations, and failed to offer any reason for rejecting Plaintiff's subjective complaints. (Doc. 17 at 1.) Plaintiff requests the Court remand the matter for further proceedings. (*Id*. at 12.)

The assigned magistrate judge determined the administrative law judge did not err in the evaluation of the medical opinions and found that substantial evidence and applicable law supported the ALJ's decision. (Doc. 22.) Therefore, the magistrate judge recommended Plaintiff's motion for summary judgment be denied and Defendant's request to affirm the

agency's determination be granted.  (*Id.* at 23).

The Court served the Findings and Recommendations and notified the parties that any objections were due within 14 days.  The Court advised the parties that the failure to file objections within the specified time may result in the waiver of rights on appeal.  (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).)  Plaintiff filed objections on January 28, 2026.  (Doc. 23.)  According to 28 U.S.C. § 636(b)(1), this Court conducted a *de novo* review of the case.  The Findings and Recommendations are supported by a thorough, persuasive, and proper analysis of the record and the applicable law.

Thus, the Court **ORDERS**:

1. The Findings and Recommendations (Doc. 22) are **ADOPTED**.

2. Plaintiff's motion for summary judgment (Doc. 17) is **DENIED**.

3. Defendant's request to affirm the administrative decision (Doc. 21) is **GRANTED**.

4. The Clerk of Court is directed to enter judgment in favor Defendant Commissioner of Social Security, against Plaintiff Dillan Lucas Keeney, and to close this case.

IT IS SO ORDERED.

Dated:   **March 26, 2026**

UNITED STATES DISTRICT JUDGE

2